

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Myrtle MOORE and Dicie Charles, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 01–5065.**

United States Court of Appeals, Federal Circuit.

May 25, 2001.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Stanley R. WEISS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 01–3232.**

United States Court of Appeals, Federal Circuit.

May 25, 2001.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Carrie L. EARLY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 01–3222.**

United States Court of Appeals, Federal Circuit.

May 25, 2001.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Carol L. NUSS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 01–3042.

United States Court of Appeals,
Federal Circuit.

May 25, 2001.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**STARFLIGHT BOATS, Plaintiff–
Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5072.

United States Court of Appeals,
Federal Circuit.

May 30, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**BOSTON SCIENTIFIC CORPORA-
TION and Scimed Life Systems,
Inc., Plaintiffs–Appellants,**

v.

**WILSON–COOK MEDICAL INCOR-
PORATED, Defendant–Appellee.**

No. 01–1153.

United States Court of Appeals,
Federal Circuit.

May 30, 2001.

ORDER

The parties having so agreed, it is